UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
STEVEN NACHSHEN,

                    Plaintiff,

-against-

53-55 WEST 21ST OWNER LLC AND NEW LOUNGE 4323, LLC,

                    Defendants.
-----------------------------------------------------------X

Case No.: 1:19-cv-01903(PA)

**ANSWER TO CROSS-CLAIMS OF
53-55 WEST 21ST OWNER LLC**

Defendant, NEW LOUNGE 4323, LLC ("Defendant"), by and through its attorneys, Kaufman Dolowich & Voluck, LLP, as and for its Answer to the Cross-Claims contained within the Defendant's 53-55 WEST 21ST OWNER LLC ("53-55 West"), Answer and Cross-claims in Response to Plaintiff's Complaint ("Answer"), alleges, upon information and belief, as follows:

### AS AND FOR THE DEFENDANT'S RESPONSE TO
### 53-55 WEST'S FIRST CROSS-CLAIM

1. Defendant denies the allegations set forth in 53-55 West's First Crossclaim against Defendant designated in paragraphs 123-140 on pages 14-17 of 53-55 West's Answer, and refers all questions of law to this Honorable Court at the time of trial.

**WHEREFORE**, Defendants demand judgment dismissing the Cross-claims contained with 53-55 West's Answer, with costs and disbursements.

Dated: Woodbury, New York
July 11, 2019

                            **KAUFMAN DOLOWICH & VOLUCK, LLP**

                    By: _____
                         Jennifer E. Sherven, Esq.
                         Taylor M. Ferris, Esq.
                         135 Crossways Park Drive, Suite 201
                         Woodbury, New York 11797
                         T: (516) 681-1100
                         F: (516) 681-1101
                         E: JSherven@kdvlaw.com
                         E: TFerris@kdvlaw.com
                         *Attorneys for Defendant New Lounge 4323, LLC*

TO:    All Counsel of Record Via ECF

4847-3498-5883, v. 1