```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 7/23/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN NACHSHEN,

                Plaintiff,

        v.

53-55 WEST 21ST OWNER LLC; NEW LOUNGE 4324, LLC,

                Defendants.

19-CV-1903 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On November 4, 2019, the Court referred this matter to mediation. *See* Dkt. 34. The parties subsequently participated in several mediation conferences. It appears, however, that mediation has been unsuccessful. No later than July 28, 2020, the parties shall file a joint letter, updating the Court on the status of this action and proposing next steps.

SO ORDERED.

Dated:    July 23, 2020
             New York, New York

                                            RONNIE ABRAMS
                                            United States District Judge