USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

STEVEN NACHSHEN,

                              Plaintiff,

            -against-

53-55 WEST 21ST OWNER LLC, et al.,

                            Defendants.

-------------------------------------------------------------------X

19CV1903 (RA) (KHP)

**ORDER SCHEDULING CASE**
**MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for General Pretrial supervision (including scheduling, discovery, non-dispositive pretrial motions, and settlement: ECF #42).  A telephonic Case Management conference in this matter is hereby scheduled for **Monday, November 23, 2020 at 11:30 a.m.**  Counsel is directed to call into the court conference line at the scheduled time. **Please dial (866) 434-5269 Code: 4858267.**

      SO ORDERED.

Dated: New York, New York
       October 19, 2020

                                                  _____
                                                  KATHARINE H. PARKER
                                                  United States Magistrate Judge