UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN NACHSHEN,

Plaintiff,

v.

53-55 WEST 21ST OWNER LLC, *et al.*,

Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:

19-CV-1903 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

According to parties' December 23 joint status report, discovery is complete in this action, and the parties await a settlement conference before Magistrate Judge Parker in February 2021.  *See* Dkt. 49. In light of the ensuing settlement conference, the post-discovery conference, currently scheduled for January 8, 2021, is hereby adjourned *sine die*.  The parties are instructed to submit a joint status letter no later than one week after the close of the settlement conference.  If settlement is unsuccessful, the Court will reschedule the post-discovery conference at that time.

SO ORDERED.

Dated:    December 30, 2020
          New York, New York

RONNIE ABRAMS
United States District Judge