# PARKER HANSKI LLC

40 WORTH STREET, 10TH FLOOR
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:      212.248.5600
Contact@ParkerHanski.com

February 1, 2021

Via ECF

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York

    **Re:**    *Steven Nachshen v. 53-55 West 21ST Owner LLC and New Lounge 4324, LLC*

**Docket No. 1:19-cv-01903 (RA)(KHP)**

Dear Judge Abrams:

    It is with great sadness that we write to inform the Court that plaintiff Steven Nachshen passed away on January 29, 2021. At this point in time, we are not able to identify a representative of Steven Nachshen's estate, if any, who may be substituted on his behalf. Accordingly, we respectfully request that Your Honor stay this action and for plaintiff's counsel to submit a status letter to the Court by April 30, 2021 concerning the appointment of a representative of Mr. Nachshen's estate and the prosecution of this case.

    Thank you for your time and attention to this matter. With kindest regards, I am

very truly yours,

/s/
Glen H. Parker, Esq.

Application granted.
SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
February 2, 2021