UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

STEVEN NACHSHEN,

                      Plaintiff,

      -against-

53-55 WEST 21ST OWNER LLC, et al.,

                      Defendants.

-----------------------------------------------------------------X

**19-CV-1903 (RA) (KHP)**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/12/2021

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      On February 2, 2021 the Court granted Plaintiff's motion to stay this action in light of Plaintiff's passing and the need to identify a representative of his estate to be substituted on Plaintiff's behalf.  There is a settlement conference scheduled to take place in this case before Judge Parker on Monday February 22, 2021 at 10:00 a.m.  The parties shall advise the Court, via letter filed on ECF, as to whether they would like to proceed with the conference or whether they would like to adjourn the conference *sine die* until a representative for Plaintiff's estate is appointed.  The parties should endeavor to notify the Court as soon as is practicable.

      **SO ORDERED.**

Dated: New York, New York
       February 12, 2021

                                                                       _____
                                                                     KATHARINE H. PARKER
                                                                     United States Magistrate Judge