# PARKER HANSKI LLC

40 WORTH STREET, 10TH FLOOR
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:     212.248.5600
Contact@ParkerHanski.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/2/2021

July 30, 2021

<u>Via ECF</u>
The Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York

      Re:    *Steven Nachshen v. 53-55 West 21ST Owner LLC and New Lounge 4324, LLC*
              **Docket No. 1:19-cv-01903 (RA)(KHP)**

Dear Judge Parker:

    We represented the now deceased plaintiff, Steven Nachshen, in the above entitled action. Pursuant to Your Honor's Order of April 30, 2021, we write to provide a status update to inform the Court that Louise Nachshen has been appointed as the representative of Steven Nachshen's estate by the New York State Surrogate Court. Accordingly, we respectfully ask the Court to lift the stay and permit the filing of a motion for substitution.

    Thank you for your time and attention to this matter. With kindest regards, I am

                              very truly yours,
                              /s/
                              Glen H. Parker, Esq.

---

The Court has reviewed both the letter above and Defendants' July 30 letter in opposition. For the reasons set forth in Defendants' opposition (ECF No. 60,) the stay in this case is hereby lifted. Furthermore, the following briefing schedule shall apply to Defendants' anticipated motion to dismiss:

- Defendants' motion is due by no later than September 1, 2021;
- Plaintiff's opposition to the motion to dismiss is due by no later than October 1, 2021; and
- Defendants' reply is due by no later than October 15, 2021.

SO ORDERED:

*/s/ Katharine H. Parker*
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

Date: August 2, 2021