UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Steven Nachshen,

                        Plaintiff,

      -against-                                                  19 **CIVIL** 1903 (RA)

                                                                **JUDGMENT**

53-55 West 21st Owner LLC and New Lounge
4324, LLC,

                       Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated March 9, 2022, Plaintiff's motion to substitute is denied, the motion to dismiss is granted, and Plaintiff's claims are dismissed; accordingly, the case is closed.

**Dated:** New York, New York

        March 9, 2022

                                                                      **RUBY J. KRAJICK**

                                                                        **Clerk of Court**
                                               **BY:**

                                                                       **Deputy Clerk**